**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TONY A. HARP,**                                                                      **PLAINTIFF**
**ADC # 139721**

**v.**                            **CASE NO. 5:15CV00067 BSM**

**LARRY NORRIS, Director, Arkansas**
**Department of Correction; et al.**                              **DEFENDANTS**

**ORDER**

The partial recommended disposition submitted by United States Magistrate Judge Joe

J. Volpe has been reviewed. No objections have been filed. After careful consideration, the

partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of Court alter the docket to reflect that defendant "S. Baker" is

        "Shay Baker."

2.      Defendants' motion for summary judgment [Doc. No. 42] is granted.

        A.      Harp's claims against defendants James Gibson, Shamone

                McPhadden, Ladarius Williams, and Larry Manning are dismissed

                without prejudice due to Harp's failure to exhaust administrative

                remedies against them.

        B.      Harp's claims against defendant Shay Baker are dismissed with

                prejudice.

3.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 4th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE