## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TONY A. HARP,                                                                      PLAINTIFF
ADC # 139721

v.                                     CASE NO. 5:15CV00067 BSM

LARRY NORRIS, Director, Arkansas
Department of Correction; et al.                                        DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge

Joe J. Volpe [Doc. No. 58] has been reviewed. No objections have been filed. After

reviewing the record, the RD is adopted.

Accordingly, defendant Perry's motion for summary judgment [Doc. No. 55] is

granted and plaintiff Tony Harp's claims against Perry are dismissed with prejudice and

Harp's cause of action is dismissed. Finally, an in forma pauperis appeal taken from this

order and judgment adopting the RD will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE