IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY A. HARP,  PLAINTIFF
ADC # 139721

v. CASE NO. 5:15CV00067 BSM

LARRY NORRIS, Director, Arkansas
Department of Correction; et al.  DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 14th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE